

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00184-CV

**IN RE** Jose **GEORGE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  April 9, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On March 20, 2014, relator filed a petition for writ of mandamus complaining of the trial court's order granting motions to transfer venue. The court has considered relator's petition for writ of mandamus, and the response filed on behalf of one of the real parties in interest, and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013CVF001170D4, styled *Jose George v. Jose Alberto George*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale Jr. presiding.